# United States Court of Appeals
## For the First Circuit

Nos. 15-2571; 16-1964

VICTOR GARCIA GARCIA,

Petitioner,

v.

JEFFERSON B. SESSIONS, III,
Attorney General of the United States,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on May 3, 2017 is corrected as follows:

On p.57, note 27, replace "See ante at 16 n.6." with "See ante at 18 n.7."